■ JESSIE M. DUNBAR, Respondent, v WILLIAM G. ORTON, Appellant. (Appeal No. 1.) [872 NYS2d 319]—Appeal from an order of the Supreme Court, Oswego County (James W. McCarthy, A.J.), entered September 5, 2007 in a personal injury action. The order, inter alia, denied the motion of defendant for summary judgment.

■ JESSIE M. DUNBAR, Plaintiff, v WILLIAM G. ORTON, Defendant and Third-Party Plaintiff-Appellant. TIMOTHY C. RICHMOND, Third-Party Defendant-Respondent. (Appeal No. 3.) [873 NYS2d 229]—Appeal from an order of the Supreme Court, Oswego County (James W. McCarthy, A.J.), entered September 7, 2007 in a personal injury action. The order denied the motion of defendant-third-party plaintiff for summary judgment dismissing the third-party complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Hurlbutt, Martoche, Green and Gorski, JJ.